IN THE UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENDALL C. NICHOLSON

                    PETITIONER

v.            CASE NO. 5:16-cv-00137-SWW-JTK

WENDY KELLEY, *Director*
Arkansas Department of Correction, and
GAYLON LAY, *Warden,* Cummins Unit        RESPONDENTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas corpus action is DISMISSED with prejudice.

SO ORDERED this 29th day of September, 2016.

                    /s/Susan Webber Wright
                    UNITED STATES DISTRICT JUDGE